**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF FOUR APPLE IPHONES AND A MOTOROLA CELLPHONE CURRENTLY LOCATED AT THE ANDROSCOGGIN COUNTY SHERIFF'S OFFICE | Case No. 2:25-mj-147-KFW<br><br>**Filed Under Seal** |

**MOTION TO CONTINUE SEALING**

The United States of America respectfully moves this Honorable Court to continue sealing the search warrant, application, and supporting affidavit filed in this case, as well as any and all related attachments and docket entries for a period of 90 days, until November 29, 2026, subject to a supplemental motion to extend the sealing.

The Government respectfully submits that this matter relates to an ongoing FBI investigation that is unknown to some of the targets. Disclosure of the search warrant at this time could have the effect of alerting the targets, or other unknown co-conspirators, to the existence of this investigation, the destruction of evidence, the flight of those targets, or harm to an individual.

WHEREFORE, the Government requests that the search warrant and supporting materials, the search warrant return, and any and all attachments, related documents and docket entries pertaining thereto, be sealed until November 29, 2026.

Date: August 31, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

/s/Noah Falk
Noah Falk
Assistant U.S. Attorney
100 Middle Street
Portland, ME 04101
(207) 780-3257
Noah.Falk@usdoj.gov